UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees,<br><br>    Plaintiffs,<br><br>vs.<br><br>Arrowhead Industrial Service, Inc., and Dale Cich individually,<br><br>    Defendants. | Case No. 10-cv-00624 (MJD/RLE)<br><br><br><br><br><br>**ORDER FOR JUDGMENT** |

On April 15, 2011, this Court entered a Memorandum Opinion and Order (Court Docket No. 46), which required the Plaintiffs to submit an itemized motion for an award of attorneys' fees, costs, and interest charges. This matter is now before the Court upon such a motion by the Plaintiffs.

Therefore,

**IT IS HEREBY ORDERED**:

That in accordance with all of the previous filings and this Court's Order dated April 15, 2011; the Plaintiffs shall have judgment against Defendant Dale Cich in the amount of $19,172.68.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 20, 2011    BY THE COURT:

s/ Michael J. Davis
The Honorable Michael J. Davis
Chief Judge
United States District Court